IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SHERRI BRIDGES WOLF, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 606CV542 |
| | § | |
| EAST TEXAS MEDICAL CENTER, | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER DISMISSING ACTION WITH PREJUDICE

BE IT REMEMBERED that on this day came on to be considered the Joint Motion to Dismiss With Prejudice (the "Motion to Dismiss") submitted by Plaintiff Sherri Bridges Wolf and Defendant East Texas Medical Center seeking dismissal of the above-entitled and numbered action with prejudice to its refiling on the ground that all claims and issues, including attorneys' fees and costs, have been fully resolved. The Court, having considered the Motion to Dismiss and all other matters properly before it, is of the opinion that such Motion is well taken. It is therefore,

ORDERED, ADJUDGED and DECREED that the Motion to Dismiss is in all things granted. It is further

ORDERED, ADJUDGED and DECREED that the above-entitled and numbered action, including all claims, requests for attorneys' fees and proceedings therein, is hereby dismissed with prejudice to the refiling of same or any part thereof. It is further

ORDERED, ADJUDGED and DECREED that all costs of court shall be paid by the party incurring same.

**So ORDERED and SIGNED this 30th day of October, 2007.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

AGREED ORDER DISMISSING ACTION WITH PREJUDICE – Page 1

APPROVED and ACCEPTED:


By:    /s/ William S. Hommel, Jr., Esq.
        William S. Hommel, Jr., Esq.
        Texas Bar No. 09934250

        WILLIAM S. HOMMEL, JR., P.C.
        1402 Rice Road, Suite 200
        Tyler, Texas 75701
        Telephone: (903) 596-7100
        Facsimile: (903) 596-7464
        E-Mail: bhommel@hommelfirm.com

        ATTORNEY FOR PLAINTIFF
        SHERRI BRIDGES WOLF


By:    /s/ Anita M. Alessandra, Esq.
        Anita M. Alessandra, Esq.
        Texas Bar No. 00988000
        *Attorney-in-Charge*
        William O. Ashcraft, Esq.
        Texas Bar No. 01372800

        ASHCRAFT LAW FIRM
        3900 Republic Center
        325 North St. Paul Street
        Dallas, Texas 75201
        Telephone: (214) 987-0660
        Facsimile: (214) 987-3847
        E-Mail: ama@ashcraftlawfirm.com

        ATTORNEYS FOR DEFENDANT
        EAST TEXAS MEDICAL CENTER